AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Rodney E Johnson

*Plaintiff*

v.

Washington State Department of Corrections, Washington State Penitentiary, SGT Walker, Officer Shane Bond, SGT Wiley, CUS McCollum and Superintendent Don Holbrook

*Defendant*

Civil Action No. 4:16-cv-05135-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Order Dismissing Complaint; 28 USC 1915(g), ECF No. 11.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea in an Order Dismissing Complaint, 28 USC 1915(g), ECF No. 11.

Date: 4/7/17

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler